UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

EDWARD ENGELS and
RENEE ENGELS,

                Plaintiffs,

vs.

HARBOR FREIGHT TOOLS, USA, INC

                Defendants.

Civil Action No. 1:18-cv-116

**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

---

      Pursuant to Federal Rule of Civil Procedure 7.1, defendant, HARBOR FREIGHT TOOLS USA, INC., by and through its attorneys, WALSH, ROBERTS & GRACE LLP, hereby declares that its parent company is HFT HOLDINGS, INC., a Delaware Corporation; and that both HARBOR FREIGHT TOOLS USA, INC., and its parent corporation, HFT HOLDINGS, INC., are privately held corporations and that no publicly held corporation(s) owns 10% or more of the stock of either corporation.  Further, there is no corporation known as "HARBOR FREIGHT TOOLS" or "UNION SAFE COMPANY".

DATED:    Buffalo, New York
                 March 23, 2018

                                              WALSH, ROBERTS & GRACE

                                              Mark P. Della Posta, Esq.
                                              *Attorneys for Defendant,*
                                               HARBOR FREIGHT TOOLS USA, INC.
                                              400 Rand Building, 14 Lafayette Square
                                              Buffalo, New York 14203
                                              (716) 856-1636

TO:    HOGAN WILLIG, PLLC
          Scott Michael Duquin, Esq.
          *Attorneys for Plaintiffs*
          2410 North Forest Road, Suite 301
          Amherst, New York 14068
          (716) 636-7600