UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

EDWARD ENGELS and
RENEE ENGELS,

                Plaintiffs,

vs.

HARBOR FREIGHT TOOLS, USA, INC.

                Defendant

Civil Action No. 1:18-cv-116

**STIPULATION DISCONTINUING ACTION**

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of records for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued on the merits, with prejudice, and without costs to either party as against the other. This Stipulation may be filed without any further notice.

Dated:   June 22, 2018
         Buffalo, New York

HOGAN WILLIG, PLLC

By: Scott Michael Duquin, Esq.
Attorneys for Plaintiffs
2410 North Forest Road, Suite 301
Amherst, New York 14068

WALSH, ROBERTS & GRACE LLP

By: Mark P. Della Posta, Esq.
Attorneys for Defendant
400 Rand Building
14 Lafayette Square
Buffalo, New York 14202
(716) 856-1636